# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                                                         **CASE NO: 6:25-mj-1436-DCI**

**MICHAEL PENA**

## ORDER OF TEMPORARY DETENTION

A detention hearing in this case is scheduled as follows:

| **Place:** | George C. Young United States Courthouse and Federal Building. 401 W Central Boulevard Orlando, Florida | **Courtroom:** | **5**C |
|---|---|---|---|
| | | **Date and Time:** | May 1, 2025, at 1:00 P.M. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: April 29, 2025

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE